UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MICHAEL JOSEPH LOUKAS, #188443,

        Petitioner,

                                         CASE NO. 2:18-CV-12987
v.                                        HON. NANCY G. EDMUNDS

TONY TRIERWEILER,

        Respondent.

_____/

## JUDGMENT

      The above-entitled matter having come before the Court on a Petition for a Writ

of Habeas Corpus, the Honorable Nancy G. Edmunds, United States District Judge,

presiding, and in accordance with the Opinion and Order entered on this date;

      **IT IS ORDERED AND ADJUDGED** that the Petition for a Writ of Habeas Corpus

is **DENIED** and **DISMISSED WITH PREJUDICE**.


                        s/ Nancy G. Edmunds
                        NANCY G. EDMUNDS
                        UNITED STATES DISTRICT JUDGE

Dated:  May 4, 2021

I hereby certify that a copy of the foregoing document was served upon counsel of record
on May 4, 2021, by electronic and/or ordinary mail.

                        s/Lisa Bartlett_____
                        Case Manager

1